UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDDIE CHAU,

    Plaintiff,

v.

J. YOUNG; et al.,

    Defendants.
                                    /

No. C 13-764 SI (pr)

**ORDER EXTENDING DEADLINES ON DISPOSITIVE MOTION**

Plaintiff has filed a request for a 60-day extension of the deadline to file his opposition to defendants' motion to dismiss and for summary judgment. Upon due consideration of the request and plaintiff's declaration, the court GRANTS the request. (Docket # 33, #34.) The court now sets the following new briefing schedule: Plaintiff must file and serve on defense counsel his opposition to the motion to dismiss and for summary judgment no later than **March 28, 2014**. *No further extensions of this deadline should be expected because, by the time it arrives, plaintiff will have had more than five months to prepare his opposition.* Defendants must file and serve their reply brief (if any) no later than **April 11, 2014.**

IT IS SO ORDERED.

Dated: January 27, 2014

                                                            SUSAN ILLSTON
                                                      United States District Judge