UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDDIE CHAU,

    Plaintiff,

    v.

J. YOUNG; et al.,

    Defendants.
                                 /

No. C 13-764 SI (pr)

**ORDER DENYING FOURTH EXTENSION OF DEADLINE**

There currently is pending a defense motion to dismiss and for summary judgment that was filed on October 25, 2013. The court has three times extended the deadline for plaintiff's opposition. Plaintiff's opposition to defendant's motion was originally due on November 8, 2013; the deadline was extended to January 24, 2014; the deadline was again extended to March 28, 2014 with a warning that no further extensions of the deadline should be expected; and the deadline was again extended to July 18, 2014 with a warning that no further extensions of this deadline would be granted for any reason. *See* Docket # 12, # 32, # 35, # 38. Plaintiff now requests an extension of sixty days due to a prison lockdown that started on June 12, 2014. Although he may now be under a lockdown, plaintiff had 230 days before that lockdown began to do his legal research, and even under lockdown may have been able to use the library paging system. There also is no reason to expect that, if the court granted it, this request for an extension of time would not be followed by another one and another one after that. Eight months was more than enough time for a diligent plaintiff to prepare an opposition. The request for an extension of the deadline to file an opposition is DENIED. (Docket # 40.) The court will not entertain any more requests that seek the extension of the deadline to file an opposition to the motion for summary judgment.

Fortunately for plaintiff, the court is otherwise occupied for the next couple of weeks, and will not turn its attention to defendants' motion until August 15, 2014. If plaintiff's opposition is at the courthouse (not just given to prison officials to mail to the court) by August 15, the court will consider it. If plaintiff's opposition has not reached the courthouse by that date, defendants' motion will be deemed unopposed.

IT IS SO ORDERED.

Dated: July 28, 2014

_____
SUSAN ILLSTON
United States District Judge