**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE CHAU, | No. C 13-764 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| J. YOUNG; et al., | |
| Defendants. | |

Judgment is now entered in favor of all defendants and against plaintiff.

IT IS SO ORDERED AND ADJUDGED.

Dated: August 20, 2014

_____
SUSAN ILLSTON
United States District Judge